IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GONZALES,

    Plaintiff,               No. CIV S-99-0255 LKK DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.            ORDER

/

    On March 27, 2007, plaintiff filed a request for the court to issue an order, stating that this case has been closed. This civil rights action was closed on March 10, 1999. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no further orders will issue in response to future filings.

DATED: April 13, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
gonz0255.58